IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 20-cv-01883-RM-KLM

THOMAS A. DORN,

    Plaintiff,

v.

MEREDITH AVERY, and
LILLIAN AVERY,

    Defendants.

___

**ORDER ON PLAINTIFF'S MOTION**
___

    This matter is before the Court on "Plaintiff's Opposition to Motion to Dismiss and Motions" (ECF No. 35) which the Court construes as an objection to the Magistrate Judge's Order of September 15, 2020 ("Order") (ECF No. 34) and a request for further relief. After considering the objection, and being mindful that Plaintiff proceeds *pro se*, the Court finds and orders as follows.

    First, to the extent Plaintiff objects to the Order striking Plaintiff's amended complaint, any objection is overruled. Plaintiff fails to set forth any basis to show the Magistrate Judge's Order was clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a). Thus, Plaintiff's request for a hearing or rehearing is also denied.

    Next, to the extent Plaintiff seeks leave to amend his complaint (having done so once as a matter of course) this request is denied. First, because Plaintiff fails to show he conferred prior to

making such request, as required by D.C.COLO.LCivR 7.1(a). Second, because, as the Order stated, if Plaintiff wishes to amend his complaint, he must comply with Fed. R. Civ. P. 8 and D.C.COLO.LCivR 15.1. But Plaintiff has failed to do so. Any future request must comply with these requirements.

Third, Plaintiff requests the Court to strike Defendant Meredith Avery's answer as it is allegedly "late because of misbehavior." Plaintiff provides no facts to support any alleged misbehavior and no authority that any such misbehavior is grounds for striking the answer. Accordingly, this request is denied.

Fourth, Plaintiff objects to the denial of his "motion to suspend" and seeks a continuance of this action. Plaintiff, however, fails to show why this action should be suspended or continued; his desire to think about this case or conduct unidentified research does not support the relief requested. As the Magistrate Judge informed Plaintiff, he may voluntarily dismiss this case if he wishes to do so.

Fifth, Plaintiff contends he does not want this case dismissed. To the extent Plaintiff is seeking to oppose motions to dismiss, there are none filed in this case. There are, however, motions to dismiss filed in Plaintiff's two other cases.

Finally, Plaintiff argues that a temporary injunction should be issued against a state restraining order. Plaintiff fails to not only set forth any legal or factual basis to support injunctive relief but also show that this Court can issue the injunction requested. Accordingly, this request is also denied.

Based on the foregoing, it is **ORDER** that Plaintiff's Opposition to Motion to Dismiss and Motions (ECF No. 35) is OVERRULED and DENIED.

DATED this 6th day of October, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge